### No. 4.

**HALL** *against* **STEARNS.** *Franklin*, 1816.

BAIL is excused for not surrendering his principal, where the principal was confined in the State Prison of another State, pre-

vious to the bail becoming fixed, i. e. before the return of non est inventus on the execution.